# AUTHORIZATION

(Prisoner's Account Only)



Case No. _____

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C.
> § 1915(a)(2) to submit a certified copy of your trust fund account.

# 1 : CV 00 - 1384

I, <u>Clarence Warren</u>_____, request and authorize the agency holding m

custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylv

a certified copy of the statement for the past six months of my trust fund account (or institut

equivalent) at the institution where I am incarcerated.   I further request and authorize the agency ho

me in custody to calculate and disburse funds from my trust account (or institutional equivalent) i

amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand

the filing fee for the complaint is $150.00.   I also understand that the entire filing fee will be deducted

my account regardless of the outcome of my civil action.   This authorization shall apply to any

agency into whose custody I may be transferred.

FILED
SCRANTON

AUG 07 2000

PER _____
DEPUTY CLERK

Date: ____<u>July 25</u>_____, <u>2900</u>

_____
<u>ClareNce WarreN</u>

**Signature of Prisoner**