Sms Issued

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARENCE WARREN, | : | CIVIL NO. **1:00-CV-1384** |
| Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Smyser) |
| WILLIAM WARD, GARY R. LUCHT, BARBARA DESCHER, RICHARD KIPP, BENJAMIN MARTINEZ, NICHOLAS MULLER, SEAN R. RYAN and MICHAEL WEBSTER, | : | FILED HARRISBURG, PA AUG 28 2000 MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk |
| Defendants | : | |

### ORDER

Pursuant to the Administrative Order issued August 8, 2000, **IT IS ORDERED** that the plaintiff's request to proceed *in forma pauperis* is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to serve plaintiff's complaint in accordance with

Fed.R.Civ.P. 4. The defendants are requested to waive service pursuant to Rule 4(d).[1]

_____
J. Andrew Smyser
Magistrate Judge

Dated: August 28, 2000.

---

1. The Marshal will send the form Notice of Lawsuit and Request for Waiver of Service of Summons to each defendant.

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 28, 2000

Re:   1:00-cv-01384    Warren v. Ward

True and correct copies of the attached were mailed by the clerk to the following:

Clarence Warren
SCI-R
SCI at Rockview
AY-9619
P.O. Box A
Bellefonte, PA   16823

```
cc:
Judge                           ( )
Magistrate Judge                (X)
U.S. Marshal                    ( )
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )     _with std. Pract. order.
Federal Public Defender         ( )
Summons Issued                  (X)   with N/C attached to complt. and served by:
                                       U.S. Marshal (X )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )   with Petition attached & mailed certified mail
                                       to:  US Atty Gen  ( )   PA Atty Gen (X)
                                            DA of County ( )   Respondents ( )
Bankruptcy Court                ( )
Other  PA ATTY GEN              (✓)
```

MARY E. D'ANDREA, Clerk

DATE:  ___08/28/00_____          BY: _____
                                                Deputy Clerk