**ORIGINAL**

# WAIVER OF SERVICE OF SUMMONS

TO: _Clarence Warren_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Warren_ vs _Ward_ _____, which is case number _CV-00-1384_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _9-1-00_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_9-28-00_                          _Gwendolyn T. Mosley_
DATE                                SIGNATURE

Printed/typed name: Gwendolyn T. Mosley

Title if any: Senior Deputy Attorney General

Address of Person signing: Office of Attorney General
                          15th Fl., Strawberry Sq.
                          Harrisburg, PA 17120

FILED SCRANTON
OCT 02 2000
PER _____
DEPUTY CLERK

Party you represent: William Ward; Gary R. Lucht; Barbara Descher; Richard Kipp; Benjamin Martinez; Nicholas Muller; Sean R. Ryan and Michael Webster

# ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

### SUMMONS IN A CIVIL CASE

Clarence Warren
   Plaintiff

CASE NUMBER: 1:00-CV-1384

Judge Rambo

Magistrate Judge Smyser

v.

William Ward; Gary R. Lucht; Barbara Descher;
Richard Kipp; Benjamin Martinez; Nicholas Muller;
Sean R. Ryan and Michael Webster
   Defendants

To: (For the name and address of defendant(s): **SEE COMPLAINT**)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY
Clarence Warren, AY-9619
SCI Rockview
P.O. Box A
Bellefonte, PA. 16823

an answer to the complaint which is herewith served upon you, within (20) twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY E. D'ANDREA, Clerk

DATE: August 28th, 2000

(By) Mark J. Armbruster, Deputy Clerk