IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARENCE WARREN,<br>Plaintiff | : | |
| | : | No. 1:00-CV-1384 |
| v. | : | |
| | : | |
| WILLIAM WARD; GARY R. LUCHT;<br>BARBARA DESCHER; RICHARD KIPP;<br>BEJAMIN MARTINEZ; NICHOLAS<br>MULLER; SEAN R. RYAN and<br>MICHAEL WEBSTER,<br>Defendants | : | (Judge Rambo)<br>(M.J. Smyser) |

FILED HARRISBURG
NOV 1 2000
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### DEFENDANTS' ANSWER TO THE COMPLAINT

Defendants William Ward, Gary Lucht, Barbara Descher, Richard Kipp, Benjamin Martinez, Nicholas Muller, Sean Ryan and Michael Webster, by their attorneys, hereby respond to the allegations in the above-captioned complaint as follows:

### FIRST DEFENSE

1. The statement in this paragraph is descriptive only and, as such, requires NO RESPONSE.

2. The statements in this paragraph purport to describe the jurisdiction of this court and, as such, require NO RESPONSE.

3. The statements in this paragraph constitute a LEGAL CONCLUSION which requires NO RESPONSE. If deemed factual, they are DENIED.

4. ADMITTED.

5. ADMITTED only as to the identity of the individuals named as defendants in this lawsuit. The remaining statements in this paragraph are denied. Specifically, it is denied that the requirement of unanimity supports plaintiff's claim that he has been subject to racial

discrimination.

6-7. The statements in these paragraphs constitute LEGAL CONCLUSIONS which require NO RESPONSE. If deemed factual, they are DENIED.

8. ADMITTED that plaintiff is a participant in the Sex Offenders Program at SCI-Rockview, has been interviewed by members of the Parole Board and has been denied parole. ADMITTED that a number of black SCI-Rockview inmates who are sex offenders have been paroled since 1996. Each and every remaining statement in this paragraph is DENIED and strict proof thereof is demanded.

9. ADMITTED that since 1996, a number of white inmates at SCI-Rockview who are sex offenders were paroled. The defendants are without knowledge or information as to the identity of those white inmates who were paroled; therefore they are unable to respond to the remaining statement in this paragraph at this time.

10. DENIED that plaintiff was denied parole under the same circumstances that white sex offenders at SCI-Rockview were granted parole. The defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining statements in this paragraph; therefore, they are all DENIED and strict proof thereof is demanded.

11. DENIED that the Parole Board has unfettered discretion in granting parole and that it has abused its discretion in decisions related to plaintiff and other black inmates. The remaining statement in this paragraph is a LEGAL CONCLUSION which requires NO RESPONSE.

12. DENIED that plaintiff has presented evidence of discrimination against him and other black inmates by the Parole Board.

13. DENIED that plaintiff is entitled to any relief.

### SECOND DEFENSE

14. The complaint fails to state a claim upon which relief can be granted.

### THIRD DEFENSE

15. The defendants have not discriminated against plaintiff because he is black or for any other reason.

                Respectfully submitted,

                D. MICHAEL FISHER
                Attorney General

By: *[signature]*
                GWENDOLYN T. MOSLEY
                Senior Deputy Attorney General

| | |
|---|---|
| Office of Attorney General | SUSAN J. FORNEY |
| 15th Fl., Strawberry Square | Chief Deputy Attorney General |
| Litigation Section | Chief, Litigation Section |
| Harrisburg, PA 17120 | |
| (717) 787-1180 | **COUNSEL FOR DEFENDANTS** |

Dated: November 1, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARENCE WARREN,<br>      Plaintiff | :<br>:<br>:   No. 1:00-CV-1384 |
| v. | :<br>: |
| WILLIAM WARD; GARY R. LUCHT;<br>BARBARA DESCHER; RICHARD KIPP;<br>BEJAMIN MARTINEZ; NICHOLAS<br>MULLER; SEAN R. RYAN and<br>MICHAEL WEBSTER,<br>      Defendants | :   (Judge Rambo)<br>:   (M.J. Smyser)<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

I, **GWENDOLYN T. MOSLEY,** Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on **November 1, 2000,** I caused to be served a true and correct copy of the foregoing document **Defendants' Answer to the Complaint** by depositing it in the United States mail, first-class postage prepaid to the following:

Clarence Warren, AY-9619
SCI-Rockview
Box A
Bellefonte, PA 16823-0820

                                                                           /s/ Gwendolyn T. Mosley
                                                                           GWENDOLYN T. MOSLEY
                                                                           **Senior Deputy Attorney General**