UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARENCE WARREN, | : | CIVIL NO. **1:00-CV-1384** |
| Plaintiff | : | |
| | : | (Judge Rambo) |
| v. | : | |
| | : | (Magistrate Judge Smyser) |
| WILLIAM WARD, | : | |
| GARY R. LUCHT, | : | |
| BARBARA DESCHER, | : | |
| RICHARD KIPP, | : | **FILED** |
| BENJAMIN MARTINEZ, | : | HARRISBURG, PA |
| NICHOLAS MULLER, | : | |
| SEAN R. RYAN and | : | FEB 6 - 2001 |
| MICHAEL WEBSTER, | : | |
| | : | MARY E. D'ANDREA, CLERK |
| Defendants | : | PER_____ DEPUTY CLERK |

### CASE MANAGEMENT ORDER

The plaintiff, a prisoner proceeding *pro se*, commenced this 42 U.S.C. § 1983 action by filing a complaint on August 7, 2000. On November 1, 2000, the defendants filed a answer to the complaint. The following case management deadlines govern this case.

**1. Discovery Deadline.** All discovery shall be planned and commenced so as to be completed by **August 6, 2001.**

2. **Discovery Limitations.** In the absence of mutual consent to exceed these limits or a court order, the maximum number of interrogatories per side shall be twenty five (25); the maximum number of document production requests per side shall be twenty five (25); and the maximum number of requests for admissions per side shall be twenty-five (25).

3. **Discovery-Related Motions.** Any discovery-related motion shall be filed on or before **August 13, 2001.** Because the plaintiff is proceeding *pro se* and is in custody, compliance with Local Rule 26.3, Rules of Court, M.D. Pa., is not required in this case.

4. **Dispositive Motions.** Any dispositive motion shall be filed, as well as the supporting brief, on or before **October 8, 2001.**

5. **Consent.** On or before **June 6, 2001**, counsel for the defendants shall file either a consent form, signed by all counsel and the plaintiff, consenting to proceed under 28 U.S.C. § 636(c) before a magistrate judge, or a statement that

AO 72A
(Rev 8/82)

there is not mutual consent to have a magistrate judge serve as the judge of the case.

The court will, in the absence of good cause, adhere to the schedule hereby established. Extensions of the discovery period and of the deadline for filing dispositive motions will be granted only when good cause is shown and a motion is timely made.

*J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated: **February 6, 2001.**

3

```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                  MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                           February 6, 2001


    Re:  1:00-cv-01384    Warren v. Ward



    True and correct copies of the attached were mailed by the clerk
    to the following:


         Clarence Warren
         SCI-R
         SCI at Rockview
         AY-9619
         P.O. Box A
         Bellefonte, PA  16823

         Gwendolyn T. Mosley, Esq.
         Office of the Attorney General
         Strawberry Sq.
         15th Floor
         Harrisburg, PA  17120    Fax No.: 717-772-4526
```

```
cc:
Judge                              ( )              ( ) Pro Se Law Clerk
Magistrate Judge                   (✓)              ( ) INS
U.S. Marshal                       ( )              ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      (✓)
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to:  US Atty Gen    ( )    PA Atty Gen ( )
                                            DA of County   ( )    Respondents ( )
Bankruptcy Court                   ( )
Other_____        ( )
                                                    MARY E. D'ANDREA, Clerk
```

DATE: 2-6-01      BY: [signature] Deputy Clerk