IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARENCE WARREN, | : | CIVIL ACTION NO. 1:CV-00-1384 |
| Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Smyser) |
| WILLIAM WARD, GARY LUCHT, BARBARA DESCHER, RICHARD KIP, BENJAMIN MARTINEZ, NICHOLAS MULLER, SEAN RYAN and MICHAEL WEBSTER, | : | FILED HARRISBURG, PA OCT 31 2001 MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk |
| Defendants | : | |

**ORDER**

Before the court is a report of the magistrate judge recommending that the captioned action be listed for trial. Also before the court is Defendants' motion for a 45 day extension of time to file dispositive motions in the captioned action. Upon consideration thereof, **IT IS HEREBY ORDERED THAT:**

1) The court rejects the report and recommendation of Magistrate Judge Smyser.

2) Defendants' motion for extension of time is granted in part and denied in part. Defendants are granted until November 21, 2001, in which to file dispositive motions.

3) The captioned action is remanded to Magistrate Judge Smyser.

SYLVIA H. RAMBO
United States District Judge

Dated: October 31, 2001.

```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                  MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *


Re:  1:00-cv-01384    Warren v. Ward


True and correct copies of the attached were mailed by the clerk
to the following:


     Clarence Warren AY-9619
     SCI at Rockview
     P.O. Box A
     Bellefonte, PA  16823

     Gwendolyn T. Mosley, Esq.
     Office of the Attorney General
     Strawberry Sq. 15th Floor
     Harrisburg, PA  17120   Fax No.: 717-772-4526




cc:
Judge                        (X )           ( ) Pro Se Law Clerk
Magistrate Judge             (X )           ( ) INS
U.S. Marshal                 ( )            ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Bankruptcy Court             ( )
Other_____   ( )

                                            MARY E. D'ANDREA, Clerk


  DATE: October 31st, 2001              BY:  _____
                                                  Deputy Clerk
```