● ORIGINAL ●

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLARENCE WARREN, :
    Plaintiff :
: No. 1:00-CV-1384
  v. :
:
WILLIAM WARD; GARY R. LUCHT; : (Judge Rambo)
BARBARA DESCHER; RICHARD KIPP; : (M.J. Smyser)
BEJAMIN MARTINEZ; NICHOLAS :
MULLER; SEAN R. RYAN and :
MICHAEL WEBSTER, :
    Defendants :

FILED HARRISBURG
DEC 06 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate that this action is dismissed as to all the defendants. This dismissal is with prejudice.

_ClarenceWarren_    Date: 11-29-01
Clarence Warren, Plaintiff

_Gwendolyn T. Mosley_    Date: 12-06-01
Gwendolyn T. Mosley
Senior Deputy Attorney General
Counsel for defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARENCE WARREN, : | |
|     Plaintiff : | |
| : | No. 1:00-CV-1384 |
| v. : | |
| : | |
| WILLIAM WARD; GARY R. LUCHT; : | (Judge Rambo) |
| BARBARA DESCHER; RICHARD KIPP; : | (M.J. Smyser) |
| BEJAMIN MARTINEZ; NICHOLAS : | |
| MULLER; SEAN R. RYAN and : | |
| MICHAEL WEBSTER, : | |
|     Defendants : | |

## CERTIFICATE OF SERVICE

I, **GWENDOLYN T. MOSLEY**, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on **December 6, 2001**, I caused to be served a true and correct copy of the foregoing **Stipulation for Voluntary Dismissal** by depositing it in the United States mail, first-class postage prepaid to the following:

Clarence Warren, AY-9619
SCI-Rockview
Box A
Bellefonte, PA 16823-0820

                                                GWENDOLYN T. MOSLEY
                                                Senior Deputy Attorney General

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone:   (717) 783-1471
Fax:     (717) 772-4526